Albert H. SAUER, Jr., Plaintiff-Appellant, v. David COWEN, Doing Business as Cowen Brothers, Defendant-Appellee.

No. 110.

Circuit Court of Appeals, Second Circuit.

Dec. 5, 1938.

Harry B. Rook, of Newark, N. J. (Joseph A. Rave, of Cincinnati, Ohio, of counsel), for appellant.

James & Franklin, of New York City, for appellee.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decision affirmed.

SAVA KEHAYA, Appellant, v. PRESIDENT AND DIRECTORS OF THE MANHATTAN CO. et al., Appellees.

No. 31.

Circuit Court of Appeals, Second Circuit.

Dec. 5, 1938.

Frank L. Miller and Charles Seligson, both of New York City (Bernard Bayer, of New York City, on the brief), for appellant.

Parker, Chapin & Flattau, of New York City (Henry L. Flattau, Milton Klein, and Charles Elbert, all of New York City, of counsel), for appellees.

Hollander & Bernheimer, of New York City (Harry T. Zucker and Sydney J. Schwartz, both of New York City, of counsel), for appellees Libaire & Co.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed.

SECRETARY OF THE INTERIOR v. NEW YORK LIFE INSURANCE COMPANY et al.

No. 1828.

Circuit Court of Appeals, Tenth Circuit.

Jan. 9, 1939.

Whit Y. Mauzy, U. S. Atty., of Tulsa, Okl., for appellant.

Sam S. Canterbury, of Tulsa, Okl., and Frank T. McCoy, of Pawhuska, Okl., for appellees.

Before PHILLIPS, BRATTON and WILLIAMS, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.

David J. SCOTT, Ex'r of Estate of Walter Scott, etc., Appellant, v. WOOD NEWSPAPER MACHINERY CORPORATION, Appellee.

No. 6814.

Circuit Court of Appeals, Third Circuit.

Jan. 19, 1939.

Walter L. Hetfield, Jr., of Plainfield, N. J., and John C. Kerr and Allan C. Bakewell, both of New York City, for appellant.

Wm. H. Davis and Morris D. Jackson, both of New York City, for appellee.

Before DAVIS, BIGGS, and MARIS, Circuit Judges.

PER CURIAM.

Affirmed upon the opinion of Judge Clark reported in 22 F.Supp. 103.